# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-13698-MDC

ROSE M NESS

158 S. SECOND STREET

COLUMBIA, PA 17512

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROSE M NESS

    158 S. SECOND STREET

    COLUMBIA, PA 17512

**Counsel for debtor(s), by electronic notice only.**
    THOMAS WILLIAM FLECKENSTEIN
    1338 MALLEABLE RD

    COLUMBIA, PA 17512

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 7/26/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee