# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13698-MDC

ROSE M NESS

158 S. SECOND STREET

COLUMBIA, PA 17512

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROSE M NESS

    158 S. SECOND STREET

    COLUMBIA, PA 17512

Counsel for debtor(s), by electronic notice only.

    THOMAS WILLIAM FLECKENSTEIN
    1338 MALLEABLE RD

    COLUMBIA, PA 17512

                                   /S/ William C. Miller

Date: 8/3/2017                                 _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee